UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**Case No.**  5:23-cv-02582-WLH (BFM)         **Date:**  April 23, 2024

Title    *Jar'vell Jones v. Danny Posadas, et al.*

Present: The Honorable   Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers)**

   Pursuant to District Judge Hsu's Order of February 8, 2024 (ECF No. 5), Plaintiff was ordered to pay an initial partial filing fee of $17.00 within thirty (30) days of the date of the order (i.e., by March 11, 2024). The $17.00 partial filing fee has not been received by the Court. Accordingly, **no later than May 23, 2024, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $17.00 filing fee by the Court on or before **May 23, 2024**, shall be deemed compliance with this Order to Show Cause.


cc:   Jar'vell Jones, pro se
      Andrew Foster Shi, CAAG


                                           Initials of Preparer:    ch